**FILED**

APR − 5 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **CR. NO.** __2:06CR103-WKW__ |
| v. | ) | **[18 U.S.C. § 641]** |
| | ) | |
| ANGELA D. ARMSTRONG | ) | **INDICTMENT** |

The Grand Jury charges:

<u>COUNT 1</u>

1.      On or about January 31, 2005, the defendant, ANGELA D. ARMSTRONG, caused to be filed with the Federal Emergency Management Agency ("FEMA"), an agency within the United States Department of Homeland Security, an application for benefits in connection with Hurricane Ivan, which falsely represented that ARMSTRONG had suffered losses to a property at 2 Debra Drive in Montgomery, Alabama.  On the application ARMSTRONG claimed that she owned the 2 Debra Drive property and that it was her primary residence.  In fact, Armstrong did not own the property, did not live in the residence at the time of the disaster, and did not suffer the losses claimed.

2.      FEMA accepted ARMSTRONG's application and caused a United States Treasury check in the amount of $4,906.43 to be mailed to ARMSTRONG in Montgomery.  ARMSTRONG received the check and cashed it.

3.      On or about the dates set forth below, in Montgomery County, within the Middle District of Alabama, and elsewhere,

ANGELA D. ARMSTRONG,

defendant herein, did embezzle, steal, purloin, and knowingly convert to her own use money and

things of value of the United States and of a department and agency thereof, in an amount in excess

of $1,000, as described below:

| COUNT | DATE | ITEM |
|---|---|---|
| 1 | February 9, 2005 | FEMA disaster assistance funds in the amount of $4,906.43. |

All in violation of Title 18, United States Code, Section 641.

A TRUE BILL:

_Jayne D Gilbert_
Foreperson

_Leura G. Canary_
LEURA G. CANARY
UNITED STATES ATTORNEY

_Christopher A. Snyder_
Christopher A. Snyder
Assistant United States Attorney