**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO. 2:06-CR-103-WKW** |
| | ) | |
| **ANGELA D. ARMSTRONG** | ) | |

**GOVERNMENT'S MOTION FOR DETENTION**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves for detention for the above-captioned defendant.

1.    Eligibility of Cases

    This case is eligible for a detention order because this case involves:

_____    10 + year crime of violence (18 U.S.C. § 3156)

_____    10 + year federal crime of terrorism (18 U.S.C. § 2332b(g)(5)(B))

_____    Maximum sentence of life imprisonment or death

_____    10 + year drug offense

_____    Felony, with two prior convictions in the above categories

_____    Felony involving a minor victim

_____    Felony involving possession or use of a firearm or other destructive device (as defined by 18 U.S.C. § 921) or any other dangerous weapon

_____    Failure to register as a sex offender (18 U.S.C. § 2250)

_____X_____    Serious risk the defendant will flee

_____    Serious risk of obstruction of justice

2.    Reason for Detention

    The Court should detain defendant because there are no conditions of release which will

reasonably assure:

_____X_____     Defendant's appearance as required

_____     Safety of any other person and the community

3.     Rebuttable Presumption

     The United States will invoke the rebuttable presumption against defendant under Section

3142(e).

_____     Previous conviction for "eligible" offense committed while on pretrial bond, and a period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described

_____     Probable cause to believe defendant committed 10 + year drug offense or an offense in which a firearm was used or carried under Section 924(c)

_____     Probable cause to believe defendant conspired to kill, kidnap, maim, or injure persons in a foreign country as prohibited under 18 U.S.C. § 956(a)

_____     Probable cause to believe defendant committed act of terrorism transcending national boundaries (18 U.S.C. § 2332) or a 10 + year federal crime of terrorism as defined in 18 U.S.C. § 2332b(g)(5)(B))

_____     Probable cause to believe defendant committed 10 + year offense involving a minor victim

4.     Time for Detention Hearing

     The United States requests the Court conduct the detention hearing:

_____     At the initial appearance

_____X_____     After continuance of 3 days

     The Government requests leave of Court to file a supplemental motion with additional

grounds or presumption for detention should this be necessary.

Respectfully submitted this the 16th day of July, 2007.

                                           LEURA G. CANARY
                                           United States Attorney

                                           /s/ Christopher A. Snyder
                                           CHRISTOPHER A. SNYDER
                                           Assistant United States Attorney
                                           Post Office Box 197
                                           Montgomery, Alabama 36101-0197
                                           334.223.7280
                                           334.223.7135 fax
                                           christopher.a.snyder@usdoj.gov

**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO. 2:06-CR-103-WKW** |
| | ) | |
| **ANGELA D. ARMSTRONG** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record.

Respectfully submitted,
LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
christopher.a.snyder@usdoj.gov