CLOSED

# U.S. District Court
## District of Wyoming (Cheyenne)
### CRIMINAL DOCKET FOR CASE #: 2:07-mj-00104-WCB All Defendants
### Internal Use Only

Case title: USA v. Armstrong
Other court case number: 06-CR-103-WKW USDC - Alabama Middle District

Date Filed: 07/13/2007
Date Terminated: 07/19/2007

Assigned to: Honorable William C Beaman

**Defendant**

**Angela Armstrong** (1)
*TERMINATED: 07/19/2007*

represented by **Daniel G Blythe**
FEDERAL PUBLIC DEFENDER'S OFFICE
214 West Lincolnway, Suite 31-A
Cheyenne, WY 82001
307/772-2781
Fax: 307/772-2788
Email: wyx_ecf@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

CERTIFIED A TRUE COPY:
Stephan Harris
Clerk

By _____
Deputy Clerk

**Plaintiff**

USA                                represented by   **Jason Morlin Conder**
US ATTORNEY'S OFFICE
P O Box 449
Lander, WY 82520
307/332-8195
Fax: 307/332-7104
Email: jason.conder@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/13/2007 | 1 | Rule 5 - Hearing held in the District of Wyoming. Documents received from the District of Middle District of Alabama include Warrant, Indictment as to Angela Armstrong. (szf, ) (Entered: 07/13/2007) |
| 07/13/2007 | 2 | Minute Entry for proceedings held before Judge Alan B Johnson : Initial Appearance in Rule 5 Proceedings as to Angela Armstrong held on 7/13/2007. Defendant is detained and remanded to the custody of the US Marshal's. (Court Reporter Julie Hedelson.)(szf, ) (Entered: 07/13/2007) |
| 07/13/2007 | 3 | NOTICE OF HEARING as to Angela Armstrong, Identity/Detention Hearing set for 7/17/2007 01:30 PM in Cheyenne before Honorable William C Beaman. (szf, ) (Entered: 07/13/2007) |
| 07/13/2007 | 4 | NON-PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access - CJA 23 Financial Affidavit by Angela Armstrong (szf, ) (Entered: 07/13/2007) |
| 07/17/2007 | 5 | Minute Entry for proceedings held before Judge William C Beaman : Identity / Detention Hearing as to Angela Armstrong held on 7/17/2007, Identity Hearing waived and bond is denied. Defendant is remanded to the custody of the US Marshal's and will be transferred back to the Middle District of Alabama. (Court Reporter Julie Hedelson.)(szf, ) (Entered: 07/20/2007) |
| 07/17/2007 | 6 | WAIVER of Rule 5 Hearings by defendant Angela Armstrong (szf, ) (Entered: 07/20/2007) |
| 07/17/2007 | 7 | ORDER OF DETENTION as to Angela Armstrongby the Honorable William C Beaman.(szf, ) (Entered: 07/20/2007) |
| 07/19/2007 | 8 | COMMITMENT TO ANOTHER DISTRICT as to Angela Armstrong. Defendant committed to the Middle District of Alabama.by the Honorable William C Beaman.(szf, ) (Entered: 07/20/2007) |
| 07/19/2007 |  | (Court only) ***Case Terminated as to Angela Armstrong (szf, ) (Entered: 07/20/2007) |

Case 2:06-cr-00103-WKW-CSC   Document 6   Filed 07/24/2007   Page 3 of 14

07/13/2007 11:06  Case 2:07-mj-00104-WCB 3342237369  Document 1-2   Filed 07/13/2007   Page 1 of 3
US MARSHALS SERVICE                                                                              PAGE  01

AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

MIDDLE    District of    ALABAMA

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

JUL 13 2007

Stephan Harris, Clerk

UNITED STATES OF AMERICA

V.

ANGELA D. ARMSTRONG

**WARRANT FOR ARREST**

Case Number: 2:06CR103-WKW

07-M-104

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     ANGELA D. ARMSTRONG
                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

x Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with  (brief description of offense)

THEFT/EMBEZZLEMENT OF U.S. PROPERTY (1 Count)

in violation of Title    18    United States Code, Section(s)    641

DEBRA P. HACKETT
Name of Issuing Officer

By _____
Signature of Issuing Officer

CLERK, U.S. DISTRICT COURT, MIDDLE ALABAMA     4/6/06
Title of Issuing Officer                          Date and Location

RECEIVED 2006 APR -7 A 8:22

CERTIFIED A TRUE COPY:
Stephan Harris
Clerk

By _____
Deputy Clerk

**COPY**

**ORIGINAL WARRANT ON FILE.**
RETURN
**THIS COPY FOR INVESTIGATIVE PURPOSES ONLY.**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

07/03/2007 11:06   3342237369   US MARSHALS SERVICE   PAGE 02

APR - 5 2006

**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. 2:06CR103-WKW |
| v. | ) | [18 U.S.C. § 441] |
| | ) | |
| ANGELA D. ARMSTRONG | ) | INDICTMENT |

The Grand Jury charges:

### COUNT 1

1. On or about January 31, 2005, the defendant, ANGELA D. ARMSTRONG, caused to be filed with the Federal Emergency Management Agency ("FEMA"), an agency within the United States Department of Homeland Security, an application for benefits in connection with Hurricane Ivan, which falsely represented that ARMSTRONG had suffered losses to a property at 2 Debra Drive in Montgomery, Alabama. On the application ARMSTRONG claimed that she owned the 2 Debra Drive property and that it was her primary residence. In fact, Armstrong did not own the property, did not live in the residence at the time of the disaster, and did not suffer the losses claimed.

2. FEMA accepted ARMSTRONG's application and caused a United States Treasury check in the amount of $4,906.43 to be mailed to ARMSTRONG in Montgomery. ARMSTRONG received the check and cashed it.

3. On or about the dates set forth below, in Montgomery County, within the Middle District of Alabama, and elsewhere,

ANGELA D. ARMSTRONG,

ATTEST: A True Copy,
Certified to _____ 4/6_____, 20 06
Clerk, U.S. District Court,
Middle District of Alabama

Case 2:06-cr-00103-WKW-CSC   Document 6   Filed 07/24/2007   Page 5 of 14
07/11/2007  11:06  3342237369   US MARSHAL SERVICE   PAGE 03
Case 2:07-mj-00104-WCB   Document 1-2   Filed 07/13/2007   Page 3 of 3

defendant herein, did embezzle, steal, purloin, and knowingly convert to her own use money and things of value of the United States and of a department and agency thereof, in an amount in excess of $1,000, as described below:

| COUNT | DATE | ITEM |
|---|---|---|
| 1 | February 9, 2005 | FEMA disaster assistance funds in the amount of $4,906.43. |

All in violation of Title 18, United States Code, Section 641.

A TRUE BILL:

*Jayna D Gilbert*
Foreperson

*Leura J. Canary*
LEURA G. CANARY
UNITED STATES ATTORNEY

*Christopher A. Snyder*
Christopher A. Snyder
Assistant United States Attorney

-2-

# UNITED STATES DISTRICT COURT
# DISTRICT OF WYOMING

**UNITED STATES OF AMERICA**

VS

ANGELA ARMSTRONG
Defendant

Case No. 07-M-104
- ☐ Complaint  ☑ Indictment
- ☐ Information  ☐ Other

Offense: Theft/Embezzlement of US Property

Tape No. _____

Date 7/13/07    Time 2:20pm - 2:51pm

**Before the Honorable,** Alan B. Johnson

| Johnna Galik | Julie Hedelson | Laura Conrad | Jason Conder | |
|---|---|---|---|---|
| Deputy Clerk | Court Reporter | Probation Officer | Asst. U.S. Attorney | Interpreter |

☑ Appeared
  ☐ Voluntarily    ☑ In-Custody

☑ Defendant filed financial affidavit and is informed of consequences if any false information is given

☑ Attorney appearing Dan Blythe
  ☑ FPD    ☐ PANEL-CJA    ☐ RETAINED

☐ Attorney waived

1. ☑ Initial appearance Date 7/13/07 (comments) _____

   ☐ Bail is set at $ _____
     ☐ Unsecured    ☐ Cash/Surety    ☐ P/R-No Amount

CERTIFIED A TRUE COPY:
Stephan Harris
Clerk
By _____
Deputy Clerk

**MAGISTRATE CRIMINAL PROCEEDING SHEET**
(Disposition by District Court)

☐ Conditions of Release

    ☐ Third party custody to _____
    ☐ Maintain/actively seek employment
    ☐ Travel restricted to _____
    ☐ No excess alcohol / no alcohol
    ☐ Alcohol/Drug testing
    ☐ Shall not possess firearms, ammunition, explosive devices, dangerous weapons
    ☐ No contact with _____
    ☐ Shall not illegally use or possess drugs or be in the presence of anyone illegally using or possessing drugs
    ☐ Report to pretrial services as directed
    ☐ Obtain no passport
    ☐ Surrender passport
    ☐ Other _____
    _____
    _____

☐ Bail review/detention hearing      Date _____

☐ Defendant detained - reasons
_____
_____
_____
_____.

☑ Defendant committed to custody of U.S. Marshal

☐ Preliminary hearing set for _____     ☐ Preliminary hearing waived

☐ Removal hearing waived     ☐ Removal hearing held    Date _____

☐ Court orders defendant held to answer to U.S. District Court, District of _____
    ☐ Bond to transfer   Defendant to report on or before _____
    ☐ Warrant of removal and final commitment to issue
☐ Case continued to _____ for _____

☐ Other _____

2. ☐ Preliminary hearing     Date_____
    Witnesses _____
    _____
    _____

   ☐ Outcome
    ☐ Bound over to U.S. District Court     ☐ Dismissed

# MAGISTRATE CRIMINAL PROCEEDING SHEET
(Disposition by District Court)

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

JUL 13 2007

Stephan Harris, Clerk
Cheyenne

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF WYOMING

| UNITED STATES OF AMERICA, Plaintiff(s), | NOTICE |
|---|---|
| vs. | |
| ANGELA D. ARMSTRONG, Defendant(s). | CASE NUMBER: 07-M-0104-<br>Interpreter Needed: NO |

TYPE OF CASE:

**CRIMINAL**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE<br>J.C. O'Mahoney Federal Building<br>2120 Capitol Avenue<br>Cheyenne, WY 82001<br>COURTROOM #3 | BEFORE<br>William C. Beaman, U.S. Magistrate Judge |
|---|---|
| | DATE AND TIME<br>JULY 17, 2007, @ 1:30 P.M. |

TYPE OF PROCEEDING

**IDENTITY/DETENTION HEARING**

STEPHAN HARRIS
Clerk of Court

July 13, 2007          Deb Birge
DATE                   DEPUTY CLERK

TO:

Defense Counsel
Defendant (Through Counsel)
U.S. Attorney
U.S. Probation
U.S. Marshal
Wyoming Reporting

CERTIFIED A TRUE COPY:
Stephan Harris
Clerk

By _____
Deputy Clerk

FILED



1:55 pm, 7/17/07
**Stephan Harris**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

UNITED STATES OF AMERICA

VS

ANGELA D. ARMSTRONG
_____
DEFENDANT

Case No. 07-M-104-WCB   Date 7/17/07
Time 1:39 - 1:53
☐ Indictment      ☐ Information
☐ Complaint      ☑ Other

Offense  Theft of FEMA Funds

Before the Honorable,  William C. Beaman          Recorded  FTR      ☐ Disk NO.

Zac Fisher          Julie Hedelson          Laura M. Harris          Lisa Leschuck          Jon Goodman
Deputy Clerk       Court Reporter           Probation Officer         Asst. U.S. Attorney     Marshal

INTERPRETER _____

Appeared   ☐ Voluntarily
           ☑ In-Custody
☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

Attorney appearing  Dan Blythe
                    ☑ FPD      ☐ PANEL-CJA      ☐ RETAINED
☐ Attorney waived

1.   Initial appearance    Date _____ (Comments) _____

     **BOND IS**    ☑ Defendant is detained
                    ☐ Set at $_____   ☐ Cash or Surety  ☐ Unsecured
                    ☐ Continued on the same terms and conditions
                    ☐ Detention and/or Preliminary hearing set for _____

☐ Obey all laws, Federal, State and Local         ☐ Maintain current residence
☐ Seek/Maintain employment                         ☐ Report to Pretrial Services as directed
☐ 3rd party custody of _____                  ☐ Travel restricted to _____
☐ Not use or possess firearms/ammunition/explosives ☐ Abide by the following curfew _____
☐ Not use or possess alcohol                       ☐ Not use or possess controlled substances/drugs
☐ Not use alcohol to excess                        ☐ Avoid all contact with _____
☐ Submit to drug/alcohol testing                   ☐ Post property or sum of money _____
☐ Do not obtain passport                           ☐ Undergo medical/psychiatric treatment/exam
☐ Surrender passport to _____

CERTIFIED A TRUE COPY:
Stephan Harris
Clerk

By _____
   Deputy Clerk

☑ Other
Identity Hearing - Identity Hearing waived.

## MAGISTRATE CRIMINAL PROCEEDING SHEET
Disposition by District Court

☑ Bail review/detention hearing   Date 7/17/07
☑ Defendant detained -   Reasons
Flight risk, not employed, potential substance abuse issues.  Defendant to be transported by US Marshal's to Alabama.

☑ Defendant committed to custody of U.S. Marshal
☐ Preliminary hearing set for _____   ☐ Preliminary hearing waived
☐ Removal hearing waived   ☐ Removal hearing held   Date _____
☐ Court orders defendant held to answer to U.S. District Court, District of _____
   ☐ Bond to transfer   Defendant to report on or before _____
   ☐ Warrant of removal and final commitment to issue
☐ Case continued to _____ for _____
☐ Other _____

2.  Preliminary hearing   Date _____
    Witnesses _____

    Outcome _____
       ☐ Bound over to U.S. District Court   ☐ Dismissed
    ☐ Other _____

## Arraignment

☐ Defendant waives indictment
☐ Information filed by Government
☐ Superseding indictment/information filed by Government

**DEFENDANT ENTERS A PLEA OF**
☐ Not guilty to count(s) _____ of an _____
☐ Guilty to count(s) _____ of an _____

Not Guilty Plea
☐ Court orders discovery per rule 16 FRCrP
☐ Court orders access to Grand Jury Transcripts
☐ Motions to be filed in _____ days or
   On / Before _____
☐ Trial date set for _____ at _____
   In _____

Guilty Plea
☐ Court is satisfied there is factual basis for a plea of guilty
☐ Defendant referred to probation for presentence investigation
☐ Defendant advised on consequence of a plea of guilty
☐ Plea agreement filed
☐ Sentencing set for _____ at _____
   In _____
☐ Plea conditionally accepted

## MAGISTRATE CRIMINAL PROCEEDING SHEET
Disposition by District Court

AO 466A (Rev 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

DISTRICT OF __Wyoming__

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
JUL 17 2007
Stephan Harris, Clerk
Cheyenne

UNITED STATES OF AMERICA

v.

__Angela D. Armstrong__

Defendant

WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint/Indictment)

CASE NUMBER: __07 M 104__

CHARGING DISTRICTS
CASE NUMBER: _____

I understand that charges are pending in the __Middle__ District of __Alabama__ alleging violation of __18 USC § 641__
(Title and Section)
and that I have been arrested in this district and taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(✓) identity hearing

( ) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

__7-17-7__
Date

_____
Defense Counsel

CERTIFIED A TRUE COPY:
Stephan Harris
Clerk
By _____
Deputy Clerk

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

JUL 17 2007

Stephan Harris, Clerk
Cheyenne

UNITED STATES OF AMERICA
V.
ANGELA D. ARMSTRONG

ORDER OF DETENTION
PENDING TRIAL
Case Number: 07-MJ-104-WCB

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trial in this case.

## Part I - Findings of Fact

[ ](1) The defendant is charged with an offense described in 18 U.S.C. §3142(f)(1) and has been convicted of a (   ) that is
[ ](2) The offense described in finding (1) was committed while the defendant was on release pending trial for a federal, state or local offense.
[ ](3) A period of not more than five years has elapsed since the (   ) for the offense described in finding (1).
[ ](4) Findings Nos. (1), (2), and (3) establish a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of (an)other person(s) and the community. I further find that the defendant has not rebutted this presumption.

## Alternative Findings (A)

[ ](1) There is probable cause to believe that the defendant has committed an offense
   ■ for which a maximum term of imprisonment of ten years or more is prescribed in 21 U.S.C. §§ 841.
[ ](2) The defendant has not rebutted the presumption established by finding that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

## Alternative Findings (B)

[X](1) There is probable cause to believe that the defendant has committed an offense.
[X](2) There is a serious risk that the defendant will not appear.
[X](3) There is a serious risk that the defendant will endanger the safety of another person or the community.

## Part II - Written Statement of Reasons for Detention

I find that the credible testimony and information submitted at the hearing establishes by clear and convincing evidence that the defendant is a danger to the community, and by a preponderance of the evidence that the defendant is a flight risk. Among the factors leading to this conclusion are: 1) there has been an indictment pending against defendant since April, 2006, 2) there is evidence to support that defendant was aware of the charges pending against her prior to August of 2006, 3) it is unrefuted that defendant was contacted by United States Marshals in August, 2006, and informed to self surrender, which defendant failed to do, 4) after defendant was contacted, in Florida, by the United States Marshals defendant disappeared, 5) the pretrial services officer believed defendant to be less than truthful with her responses to interview questions, 6) defendant has potential substance abuse issues, and 7) there are no conditions the Court could reasonably impose to ensure defendant would appear in Alabama. Therefore, the Court will detain the defendant.

## Part III - Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for the confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court appearance.

July 17, 2007
_Date_

_Signature of Judicial Officer_

CERTIFIED A TRUE COPY:
Stephan Harris
Clerk

By _____
Deputy Clerk

William C. Beaman, U.S. Magistrate Judge
_Name and Title of Judicial Officer_



# United States District Court
## For The District of Wyoming

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

JUL 19 2007

Stephan Harris, Clerk
Cheyenne

United States of America,

vs.

ANGELA D. ARMSTRONG.

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | DISTRICT NAME | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 07-MJ-104-WCB | 06-CR-103-WKW | Wyoming | Middle District of Alabama |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
  Indictment
  charging a violation of 18 USC 41

**DISTRICT OF OFFENSE:**
  Middle District of Alabama

**DESCRIPTION OF CHARGES:**
  Theft / Embezzlement of U.S. Property

**CURRENT BOND STATUS:**
  DETAINED

**REPRESENTATION:**
  FPD

**INTERPRETER REQUIRED:**
  NO    Language: English

TO: THE UNITED STATES MARSHAL, DISTRICT OF WYOMING

*You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive that defendant.*

Date: July 19, 2007

William C. Beaman
United States Magistrate Judge

I CERTIFIED A TRUE AND CORRECT COPY

8

| RETURN ||||
|---|---|---|---|
| **This commitment was received and executed as follows:** ||||
| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT || DATE DEFENDANT COMMITTED |
| DATE | UNITED STATES MARSHAL || (BY) DEPUTY MARSHAL |