IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 AUG 27  P 12: 39

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA | <> |
| | <> |
| v. | <> Case Number: 2:06-cr-103-WKW |
| | <> |
| ANGELA D. ARMSTRONG | <> |

## MOTION FOR CONTINUANCE

**COMES NOW** Defendant Angela Armstrong, by and through her undersigned counsel, respectfully requesting that this Honorable Court continue this matter from her currently-scheduled trial date for the week of September 17, 2007. As grounds therefore, Defendant Armstrong declares to this Honorable Court that:

1) Undersigned counsel has recently learned of new facts that are essential to Defendant Armstrong's ability to establish her innocence to the above-referenced criminal charge;

2) The interests of law, equity and justice will best be served by granting Defendant Angela Armstrong 's request for this continuance;

3) Continuing this case will not prejudice the United States of America; and

4) Defendant Armstrong hereby waives her right to a speedy trial, pursuant to 18 U.S.C. §3161 (c)(1).

**WHEREFORE**, based on the above, Defendant Angela Armstrong respectfully prays that this Honorable Court grant this relief, and continue this matter. Defendant Armstrong prays further for any and all additional relief to which she

may be entitled, the above premises considered.

RESPECTFULLY SUBMITTED THIS 27th DAY OF AUGUST, 2007

_____
**I.M. (Mike) Winter, Jr.** (WIN036)
Attorney for Ms. Angela D. Armstrong

Winter Legal Strategies LLC
Suite 300-A; 300 Water Street
Montgomery, Alabama  36104
(334)263-5787
WinterLegal@bellsouth.net

## CERTIFICATE OF SERVICE

I hereby certify that I have served this motion, by in-hand delivery to Mr. Christopher Snyder, Esquire, Assistant United States Attorney, or to his designee at the United States Courthouse, located at One Church Street; Montgomery, Alabama 36104.

DONE THIS 27TH DAY OF AUGUST, 2007

\

*I.M. (Mike) Winter* (signature)

**I.M. (Mike) Winter, Jr. (WIN036)**
Attorney For Ms. Angela D. Armstrong