IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-103-WKW |
| | ) | |
| ANGELA D. ARMSTRONG | ) | |

## **ORDER**

This case is before the court on Angela D. Armstrong's Motion for Continuance (Doc. # 11).

The criminal case is currently set for trial during the September 17, 2007, trial term. For the reasons

that follow, the court finds that the trial for the defendant should be continued pursuant to 18 U.S.C.

§ 3161(h).

While the grant of a continuance is left to the sound discretion of the trial judge, *United*

*States v. Stitzer*, 785 F.2d 1506, 1516 (11th Cir. 1986), the Court is limited by the requirements of

the Speedy Trial Act, 18 U.S.C. § 3161. The Act provides in part:

> In any case in which a plea of not guilty is entered, the trial of a defendant charged
> in an information or indictment with the commission of an offense shall commence
> within seventy days from the filing date (and making public) of the information or
> indictment, or from the date the defendant has appeared before a judicial officer of
> the court in which such charge is pending, whichever date last occurs.

18 U.S.C. § 3161(c)(1). However, the Act excludes from the 70 day period any continuance based

on "findings that the ends of justice served by taking such action outweigh the best interest of the

public and the defendant in a speedy trial." § 3161(h)(8)(A).

The court finds that the ends of justice served by continuing this trial outweigh the best

interest of the public and the defendant in a speedy trial. In support of her motion to continue, Ms.

Armstrong represents that she has learned of new facts that are relevant to her claim of innocence.

Moreover, the Government is not opposed to a continuance.

Accordingly, it is ORDERED that the defendant's Motion for Continuance (Doc. # 11) is GRANTED.  The trial in this matter is continued from **September 17, 2007**, to the criminal term of court beginning on **November 5, 2007.**

DONE this 28th day of August, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE