08·28·07

Dear Your Honorable Judge Coody:

   I Angela D. Armstrong DOB 4-30-1979 am writing to request that I be given a court date for a detention hearing. Reason being your Honor is because on my first apperance that I stood before you, you told my attorney to file a motion for a detention hearing. As of 08-28-07 he has not thats been almost 3½ wks ago. He will not answer or return my phone calls. He came and seen me on 08·26·07 which was a Sunday and, told me he was filing for the hearing on Monday 08·27·07 and, he did not to my grandmothers knowlege who was there in the court room She does not recall it being brought up and my attorney did not mention it to her. So, I then decided your honor to write and, request it myself.

   Also, your Honor would you consider too that I have 4 children ages 9 to 3 that needs my care.

RECEIVED
2007 SEP 11 A 11:53
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Respectfully submitted:
Angela W. Armstrong