IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06cr103-WKW |
| | ) | |
| ANGELA D. ARMSTRONG | ) | |

## **ORDER**

Now pending before the court is the defendant's *pro se* motion for a detention hearing (doc. # 14) filed on September 11, 2007. Upon consideration of the motion, and for good cause, it is

ORDERED that on or before **October 9, 2007**, defense counsel shall file a response to the motion advising the court of the status of the question raised in the pleading.

Done this the 28th day of September 2007.

       /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE