IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO.: 2:06-CR-103-WKW |
| | ) | |
| ANGELA D. ARMSTRONG | ) | |

**ORDER**

Upon consideration of the *Defendant's Motion to Seal Response to Defendant's Pro Se Motion for Detention Hearing* (Doc. #16), filed October 9, 2007, it is

**ORDERED** that the motion be and is hereby **GRANTED** and that *Defendant's Response to Defendant's Pro Se Motion for Detention Hearing* (Doc. 17) shall be placed under seal.   It is further,

**ORDERED** that a detention hearing be and is hereby set for **October 17, 2007, at 10:00 a.m. in courtroom 4B**, Frank M. Johnson, Jr United States Courthouse Complex, One Church Street, Montgomery, Alabama.  The United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 11th day of October, 2007.

                                    /s/Charles S. Coody
                              CHARLES S. COODY
                              CHIEF UNITED STATES MAGISTRATE JUDGE