## MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY, MAG JUDGE | AT | Montgomery, Alabama |
| DATE COMMENCED: 10/17/07 | AT | 10:07 a.m. to 10:10 a.m. |
| DATE COMPLETED: 10/17/07 | TO | Digital Recorded |

UNITED STATES OF AMERICA            *
                                    *
    Plaintiff                 *
                                    *
vs.                                 * CASE NO.: 2:06-CR-103-WKW-CSC
                                    *
ANGELA D. ARMSTRONG                 *
                                    *
    Defendant                 *
                                    *

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. Christopher Snyder | * | Atty. Mike Winter |
| | * | |

### COURT OFFICIALS PRESENT:

**Court Room Deputy:** Wanda Stinson          **Law Clerk:** Corrie Long

Mrs. Sandra Woods, USPO

( ) NON-JURY TRIAL
(X) OTHER PROCEEDINGS: **DETENTION HEARING**

# SEE MINUTES ATTACHED

| LOG OF PROCEEDINGS ELECTRONICALLY RECORDED |||
|---|---|---|
| **Description** | Detention Hearing - 06cr103-WKW-CSC ||
| **Date** 10/17/2007 | **Location** | Courtroom 4B |
| **Time** | **Speaker** | **Note** |
| 10:07:17 AM | Court | Court convenes; parties present as noted; Discussion of matters with counsel prior hrg as to deft competency to stand trial and her competency at the time of the alleged offenses; the court raised with counsel the possibility of ordering that the defendant be committed the custody of the attorney general for reference to the appropriate facility for a psychiatric evaluation ; |
| 10:08:07 AM | Atty. Winter | the deft will accept that; |
| 10:08:14 AM | Court | Does the government have any objections?; |
| 10:08:15 AM | Atty. Snyder | No objections; The United States requests that the evaluation also evaluate her for potential malingering ; |
| 10:08:35 AM | Court | They will routinely do that; |
| 10:08:43 AM | Atty. Snyder | Also, request that the defense counsel file a motion to continue this trial; |
| 10:08:47 AM | Court | This will result in that and that will be appropriate for the record; |
| 10:08:53 AM | Atty. Winter | Will be happy to do that; |
| 10:08:53 AM | Court | Now your client wants to say something to the court; |
| 10:08:58 AM | Deft. Armstong | Addresses the court; |
| 10:10:17 AM | Court | Court is recessed. |