IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr103-WKW |
| | ) | |
| ANGELA D. ARMSTRONG | ) | |

**ORDER**

Now pending before the court is the defendant's pro se motion for a detention hearing which the court set for a hearing on October 17, 2007. At the hearing, the defendant agreed to submit to a psychiatric examination pursuant to 18 U.S.C. § 4241. The United States does not oppose a psychiatric evaluation.

It appears to the court that there is reasonable cause to believe that ANGELA D. ARMSTRONG at the time of the commission of the offense charged may have been insane or mentally incompetent and/or may presently be suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense. Accordingly, it is

ORDERED as follows:

1.  That the United States Marshal for this district immediately remove the defendant to the custody of the warden of an appropriate institution as may be designated by the Attorney General where the defendant is to be committed for the purpose of being observed and examined for a period not to exceed 45 days by one or more qualified psychiatrists or psychologists at the institution, pursuant to the provisions of 18 U.S.C. §§

4241, 4242 and 4247(b) & (c). The 45 day period shall be counted from the day of the defendant's arrival at the designated institution.

2.  That pursuant to 18 U.S.C. § 4247(c) the examining psychiatrist or psychologist conducting the mental examination of the defendant report in writing to this court within 60 days from the date of the defendant's arrival at the institution as to their findings, opinions and conclusions relative to the competency or incompetency of the defendant and specifically report to and advise this court whether or not in their opinion the defendant may be presently insane or otherwise so mentally incompetent as to be unable to understand the proceedings against her or properly assist in her own defense and further specifically report their findings, opinions and conclusions as to whether the defendant, at the time of the commission of the offense with which she is charged, was insane or mentally incompetent.

3.  That the defendant shall be incarcerated and remain at the institution designated by the Attorney General until further order of the court.

4.  That the detention hearing commenced on October 17, 2007, be and is hereby CONTINUED generally.

The clerk of this court is hereby DIRECTED to furnish the United States Marshal for this district three certified copies of this order.

Done this 17th day of October, 2007.

                                              /s/Charles S. Coody
                                              CHARLES S. COODY
                                              CHIEF UNITED STATES MAGISTRATE JUDGE