IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-103-WKW |
| | ) | (WO) |
| ANGELA D. ARMSTRONG | ) | |

ORDER

It is ORDERED that the trial of the case is continued. While the granting of a continuance is left to the sound discretion of the trial judge, *United States v. Warren*, 772 F.2d 827, 837 (11th Cir. 1985), the court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Speedy Trial Act provides generally that the trial of a defendant in a criminal case shall commence within 70 days of the latter of the filing date of the indictment or the date the defendant appeared before a judicial officer in such matter. 18 U.S.C. § 3161(c)(1). *See United States v. Vasser*, 916 F.2d 624 (11th Cir. 1990).

The Act excludes from this 70 day period any "[a]ny period of delay resulting from other proceedings concerning the defendant, including . . . delay resulting from any proceeding, including any examinations, to determine the mental competency or physical capacity of the defendant." 18 U.S.C. § 3161(h)(1)(A).

The Magistrate Judge found that "at the time of the commission of the offense charged [Armstong] may have been insane or mentally incompetent and/or may presently be suffering from a mental disease or defect . . . ." (Doc. #20.) Moreover, the defendant agreed to undergo a psychiatric examination. Accordingly, it is hereby ORDERED that the trial of this case is continued from the **November 5, 2007**, trial term to the **February 4, 2008** trial term.

DONE this 18th day of October, 2007.

                                      /s/   W.  Keith Watkins
                              UNITED STATES DISTRICT JUDGE