# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | <> | |
| v. | <> | Case Number: 2:06-cr-103-WKW |
| | <> | |
| ANGELA D. ARMSTRONG | <> | |

## DEFENDANT'S MOTION TO CONTINUE

**COMES NOW** Defendant Angela Armstrong, by and through her undersigned counsel, respectfully moving this Honorable Court for a continuance in the above-named matter. As support, Defendant Armstrong declares as follows.

Defendant Armstrong filed a Pro Se motion with this Court on September 11, 2007. Defendant's motion sought an order from this Court modifying her detention order, and permitting her pre-trial release on bail. Defendant filed her motion independent of her undersigned counsel. Undersigned counsel filed a response, under seal, on October 9, 2007. At a hearing on this matter on October 17, 2007, this Honorable Court ordered the United States to transfer Defendant Armstrong to a penal facility where she could be evaluated as to her mental condition.

**WHEREFORE**, for the foregoing reasons, Defendant Angela Armstrong petitions this Honorable Court to **GRANT** a continuance until such time as this mental status report is received and analyzed. This relief will serve the cause of justice, and will not prejudice the United States of America.

RESPECTFULLY SUBMITTED THIS 22ND DAY OF OCTOBER, 2007

_/s/ I.M. (Mike) Winter_
I.M. (Mike) Winter, Jr. (WIN036)
Attorney For Ms. Angela D. Armstrong

Suite 300-A; 300 Water Street
Montgomery, Alabama 36104
(334)263-5787
WinterLegal@bellsouth.net

## CERTIFICATE OF SERVICE

I hereby certify that I have served this motion, by in-hand delivery to Mr. Christopher Snyder, Esquire, Assistant United States Attorney, or to his designee at the United States Attorney for the Middle District of Alabama's Office, located at 131 Clayton Street; Montgomery, Alabama 36104.

DONE THIS 22nd DAY OF OCTOBER, 2007

_____
**I.M. (Mike) Winter, Jr. (WIN036)**
Attorney For Ms. Angela D. Armstrong