IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. 2:06-cr-103-WKW |
| ) | |
| ANGELA D. ARMSTRONG ) | |

ORDER

Before the court is defendant's Motion to Continue (Doc. #22). The court has already ordered that the trial be continued until the February 4, 2008 trial term (Doc. #21). Therefore, this motion is DENIED as moot.

DONE this 24th day of October, 2007.

                                      /s/  W. Keith Watkins
                                   UNITED STATES DISTRICT JUDGE