**DOCUMENT STRICKEN FROM THE RECORD
ON 1/22/08 PER ORDER #28**