IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 2:06-cr-103-WKW |
| | ) | |
| ANGELA D. ARMSTRONG | ) | |

**O R D E R**

On January 18, 2008, the defendant filed a motion for a mental examination (doc. # 24) and a motion to employ a psychologist at government expense (doc. # 25). After being advised an electronic signature is a prerequisite for proper filing, neither motion nor either service of certificate contain defense counsel's signature. Accordingly, upon consideration of the motions, it is:

**ORDERED** that the motions be and are hereby **STRICKEN** from the docket.

Done this 22nd day of January, 2008.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE