## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | <> |
| | <> |
| v. | <> Case Number: 2:06-cr-103-WKW-CSC |
| | <> |
| **ANGELA D. ARMSTRONG** | <> |

## MOTION FOR CONTINUANCE

**COMES NOW** Defendant Angela Armstrong, by and through her undersigned counsel, respectfully petitioning this Honorable Court to continue this matter from her currently-scheduled trial date of the week of February 4, 2008.  As grounds therefore, Defendant Armstrong declares to this Honorable Court that:

 1.  The grounds cited in Defendant Armstrong's motion for an independent mental evaluation originally filed on January 18, 2007, mandate this relief.

 2.  Those grounds include, but are not limited to:  (A)  counsel's in-person observations and conversations with Defendant Armstrong, (B)  reports by four members of her immediate family, (C) reports by the staff at three separate incarceration facilities, (D)  prior motions that Defendant has filed with this Court, (E) the lack of logic in the determination, related to me by Dr. Lisa Hope in a  telephone conversation, that she believes that Defendant Armstrong's past illogical and self-destructive choices and behavior--which Dr. Hope concedes -- are the sole and contradictory consequences of "bad choices", and that Defendant was "probably legally competent".

3. Further grounds supporting this relief are: (F) Dr. Hope's written report, which has been received by this Court only this morning, eight days later than the date to which she had committed on three occasions. To date, as reported to Ms. Wanda Stinson, undersigned counsel has not been able to open this report. Counsel has therefore not been able to review same. Assistant United States Attorney Christopher Snyder, in a conversation this afternoon with counsel, has reported the same difficulty. Counsel is aware of the possibility that Dr. Hope's written evaluation may be different from that which she disclosed to undersigned counsel approximately 17 days ago.

4. Further and additional grounds are that Defendant Armstrong cannot review the independent mental evaluation necessary in this case, inasmuch as it has not yet been scheduled.

5. Assistant United States Attorney Snyder has authorized Defendant Armstrong's undersigned counsel to inform this Court that he does not oppose this Motion to Continue.

6. The interests of law, equity and justice will best be served by granting Defendant Angela Armstrong's request for this continuance.

7. Continuing this case will not prejudice the United States of America.

8. Defendant Angela Armstrong has already waived her right to a speedy trial, pursuant to 18 U.S.C. §3161 (c)(1).

**WHEREFORE**, based on the above, Defendant Angela Armstrong respectfully prays that this Honorable Court **GRANT** this relief, and continue this matter. Defendant Armstrong prays further for any and all additional relief to which she may be entitled.

RESPECTFULLY SUBMITTED THIS 22nd DAY OF JANUARY, 2008

_____/S/_____

**I.M. (Mike) Winter, Jr.**  (WIN036)
Attorney for Ms. Angela D. Armstrong

Winter Legal Strategies LLC
Suite 300-A; 300 Water Street
Montgomery, Alabama  36104
(334)263-5787
WinterLegal@bellsouth.net

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served this motion, by electronic mail, on Mr. Christopher Snyder, Esquire, Assistant United States Attorney, of the United States Attorney's Office for the United States of America.

DONE THIS 22nd DAY OF JANUARY, 2008

_____/S/_____
**I.M. (Mike) Winter, Jr.** (WIN036)
Attorney For Ms. Angela D. Armstrong