## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | <> |
| | <> |
| v. | <> Case Number: 2:06-cr-103-WKW-CSC |
| | <> |
| ANGELA D. ARMSTRONG | <> |

## MOTION FOR CONTINUANCE -- NEW AND ADDITIONAL FACTUAL GROUNDS

**COMES NOW** Defendant Angela Armstrong, by and through her undersigned counsel, respectfully submitting new and additional factual grounds to this Honorable Court in support of Defendant's Second Motion for a Continuance. Defendant Armstrong declares to this Honorable Court that:

1. Defendant Armstrong's undersigned counsel has still, as of this morning, been unable to review Dr. Hope's mental evaluation, despite trying to do so both last night and this morning.

2. Defendant Armstrong's undersigned counsel disclosed this fact to Ms. Wanda Stinson in their conversation yesterday afternoon. At that time, Ms. Stinson verified that counsel should be able to open aforementioned report, despite it being sealed, because counsel is the attorney of record for Defendant.

3. Defendant Armstrong was taken to the Prattville Baptist Hospital on an emergency basis yesterday -- the result of a seizure apparently caused by an

overdose of her prescribed medication. This development thus precludes her meaningful involvement in her own defense at the present time.

4. The interests of law, equity and justice will continue to best be served by granting Defendant Angela Armstrong's request for this continuance.

7. Continuing this case will not prejudice the United States of America.

8. Defendant Angela Armstrong has already waived her right to a speedy trial, pursuant to 18 U.S.C. §3161 (c)(1).

**WHEREFORE**, based on the above, Defendant Angela Armstrong continues to pray this Honorable Court to **GRANT** this relief, and to continue this matter. Defendant Armstrong prays further for any and all additional relief to which she may be entitled.

RESPECTFULLY SUBMITTED THIS 23rd DAY OF JANUARY, 2008

_____/S/_____

*I.M. (Mike) Winter, Jr.*
**I.M. (Mike) Winter, Jr.** (WIN036)
Attorney for Ms. Angela D. Armstrong

Winter Legal Strategies LLC
Suite 300-A; 300 Water Street
Montgomery, Alabama 36104
(334)263-5787
WinterLegal@bellsouth.net

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served this motion, by electronic mail, on Mr. Christopher Snyder, Esquire, Assistant United States Attorney, of the United States Attorney's Office for the United States of America.

DONE THIS 23rd DAY OF JANUARY, 2008

_____/S/_____

___*I.M. (Mike) Winter, Jr.*_____
**I.M. (Mike) Winter, Jr.**  (WIN036)
Attorney For Ms. Angela D. Armstrong