IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-103-WKW |
| | ) | (WO) |
| ANGELA D. ARMSTRONG | ) | |

ORDER

Upon consideration, of the defendant's Motion for Continuance (Doc. # 29), it is ORDERED

that the motion is GRANTED and trial of the case is continued.  While the granting of a continuance

is left to the sound discretion of the trial judge, *United States v. Warren*, 772 F.2d 827, 837 (11th Cir.

1985), the court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161.  The

Speedy Trial Act provides generally that the trial of a defendant in a criminal case shall commence

within 70 days of the latter of the filing date of the indictment or the date the defendant appeared

before a judicial officer in such matter.  18 U.S.C. § 3161(c)(1).  *See United States v. Vasser*, 916

F.2d 624 (11th Cir. 1990).

The Act excludes from this 70 day period any "[a]ny period of delay resulting from other

proceedings concerning the defendant, including . . . delay resulting from any proceeding, including

any examinations, to determine the mental competency or physical capacity of the defendant." 18

U.S.C. § 3161(h)(1)(A).

The Magistrate Judge found that "at the time of the commission of the offense charged

[Armstong] may have been insane or mentally incompetent and/or may presently be suffering from

a mental disease or defect." (Doc. #20.)  The defendant agreed to undergo a psychiatric examination.

The parties only today received the report of the mental examination, which they have not time had

to review, and the court has not yet held a competency hearing.  The government does not object to

the continuance.  Accordingly, it is hereby ORDERED that the Motion for Continuance (Doc. # 29)

is GRANTED, and the trial of this case is continued from the **February 4, 2008**, trial term to the

**May 5, 2008** trial term.

DONE this 23rd day of January, 2008.

                                    /s/   W.  Keith Watkins
                              UNITED STATES DISTRICT JUDGE