IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | <> |
| | <> |
| v. | <> Case Number: 2:06-cr-103-WKW |
| | <> |
| ANGELA D. ARMSTRONG | <> |

MOTION FOR COURT-ORDERED MENTAL EXAMINATION

**COMES NOW** Defendant Angela Armstrong, by and through her undersigned counsel, petitioning this Honorable Court -- pursuant to Rule 12.2(c) of the Federal Rules of Criminal Procedure -- to order a mental examination of Defendant by a qualified psychologist.  Defendant hereby agrees to submit to this expert evaluation, at whatever time or times that this Court directs.  Defendant's undersigned counsel declares the following:

 1.  As counsel for Defendant Angela Armstrong, I have personally observed, and have been advised by Defendant, and have been advised by four members of her immediate family, and have been advised by the staff at three separate incarceration facilities, of behavior that I strongly believe has exhibited a significant level of mental impairment.

 2.  Defendant has also previously filed motions with this Honorable Court that have been premised on sincerely-expressed, but inaccurate, facts and observations.

3. This Honorable Court, on undersigned counsel's motion, ordered a mental evaluation for Defendant Armstrong. Dr. Lisa Hope of the Metropolitan Detention Center in Los Angeles, California conducted this examination over the course of approximately two months. Dr. Hope committed to report her conclusion to the relevant parties by January 14, 2008. To date, Defendant's counsel has not yet been able to review this report. However, undersigned counsel has spoken with Dr. Hope on several occasions. She has stated that her conclusion will most likely be that Defendant has committed a large series of illogical and self-destructive actions -- which Dr. Hope agrees are likely to often recur in the future -- but that Defendant is "probably legally competent".

4. At my request, Dr. Hope has released Defendant to return to Alabama before her report was completed. Defendant has currently been confined to the Autauga County Jail, where she has continued to engage in counter-productive behavior.

5. Based on the above facts, I doubt Defendant Armstrong's intellectual and emotional ability to understand the facts and the law in this matter. Her diminished capacity; relative her perceptions, competence, and understanding of the consequences of her actions, have compromised her ability to adequately participate in her own defense.

Defendant Armstrong's impaired mental capacity, which has manifestly damaged her throughout her life -- is the fundamental basis of her lack of guilt in this matter. An evaluation by a well-qualified psychologist, independent of the inherently-interested perspective of an ethical psychologist working for the same

government that has been prosecuting Defendant, is therefore essential to the cause of justice. Defendant asserts that these opinions, already expressed by Dr. Hope, have demonstrated a substantial, unmerited, and consequential prejudice to Defendant.

**WHEREFORE,** Defendant Angela Armstrong prays this Honorable Court to **GRANT** this motion for a mental examination of Defendant.

RESPECTFULLY SUBMITTED THIS 28th DAY OF JANUARY, 2008

*I.M. (Mike) Winter, Jr.*
I.M. (Mike) Winter, Jr. (WIN036)
Attorney For Ms. Angela D. Armstrong

Suite 300-A, 300 Water Street
Montgomery, Alabama 36104
(334)263-5787
MikeWinter@WinterLegal.net

## CERTIFICATE OF SERVICE

I hereby certify that I have served this motion by electronic mail to Mr. Christopher Snyder, Esquire, Assistant United States Attorney, for the United States of America.

DONE THIS 28th DAY OF JANUARY, 2008

*I.M. (Mike) Winter, Jr.*
_____
**I.M. (Mike) Winter, Jr.** (WIN036)
Attorney For Ms. Angela D. Armstrong