IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-103-WKW |
| | ) | |
| ANGELA D. ARMSTRONG | ) | |

ORDER

Before the court are defendant's two Motions for Continuance – New and Additional Factual Grounds (Docs. # 30, 31). Because the court has ordered that the trial be continued until the May 5, 2008 trial term, these motions are DENIED as moot.

DONE this 29th day of January, 2008.

                                       /s/  W. Keith Watkins
                                       UNITED STATES DISTRICT JUDGE