IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-103-WKW |
| | ) | |
| ANGELA D. ARMSTRONG | ) | |

## **ORDER**

It is ORDERED that a hearing will be held to determine the defendant's mental competency on **February 15, 2008, at 10:30 a.m.**, in courtroom 2-E of the United States Courthouse, One Church Street, Montgomery, Alabama.

DONE this 29th day of January, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE