IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>v. )<br>)<br>**ANGELA D. ARMSTRONG** )<br>) | CR. NO. 2:06-CR-103-WKW |

_____

**United States's Unopposed Motion to Continue Competency Hearing**
_____

The United States respectfully requests the Court to briefly continue Defendant Angela D. Armstrong's competency hearing in this case, currently scheduled for Friday, February 15, 2008, at 10:00 a.m. It requests this relief for the following reasons:

1. On April 5, 2006, Defendant Angela Armstrong was indicted on one count of theft of Hurricane Ivan FEMA funds. On October 17, 2007, the Court ordered–with the Armstrong's consent–to undergo a court-ordered mental evaluation. Dr. Lisa Hope of the Metropolitan Detention Center in Los Angeles, California, performed the evaluation. On January 22, 2008, the Court received Dr. Hope's report. On January 29, 2008, the Court then set a competency hearing for Friday, February 15, 2008 at 10:30 a.m.

2. In that report, Dr. Hope found Ms. Armstrong competent to stand trial. In the interim, Armstrong filed a Motion for a second mental evaluation and request for funds, which is still pending before the Court. After it received the report, the United States conferred with Dr. Hope and her supervisor about her traveling to Alabama for the hearing

in this matter. Unfortunately, Dr. Hope informed the United States that she is scheduled for a mandatory institutional training from Tuesday, February 12, 2008, through Friday, February 15, 2008. Additionally, Dr. Hope is scheduled to be on-call this week.

3. As a result, the United States discussed this matter with I.M. "Mike" Winter, attorney for the defendant. Mr. Winter indicated that he did not oppose a motion to continue this matter and would join the United States in this Motion. The parties have reviewed their respective schedules and conferred with Dr. Hope, and the parties are available on Monday, March 4, 2008, or anytime during the week of March 10-14, 2008.

Respectfully submitted this 13th day of February, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Christopher Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: christopher.a.snyder@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: I.M. "Mike" Winter.

/s/ Christopher Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney