IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-103-WKW |
| | ) | |
| ANGELA D. ARMSTRONG | ) | |

## **ORDER**

For good cause shown, it is ORDERED that the United States's Unopposed Motion to Continue Competency Hearing (Doc. # 37) is GRANTED. The competency hearing is continued from February 15, 2008 to **March 4, 2008, at 2:00 p.m.**, in courtroom 2-E of the United States Courthouse, One Church Street, Montgomery, Alabama.

DONE this 13th day of February, 2008.

                                                     /s/  W. Keith Watkins
                                                   UNITED STATES DISTRICT JUDGE