# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **CR. NO. 2:06-CR-103-WKW** |
| v.    ) | |
| ) | |
| **ANGELA D. ARMSTRONG**    ) | |
| ) | |

## United States's Unopposed Motion to Continue Competency Hearing

The United States respectfully requests the Court to continue Defendant Angela D. Armstrong's competency hearing in this case, currently scheduled for Tuesday, March 4, 2008, at 2:00 p.m. It requests this relief for the following reasons:

1. On April 5, 2006, Defendant Angela Armstrong was indicted on one count of theft of Hurricane Ivan FEMA funds. On October 17, 2007, the Court ordered–with the Armstrong's consent–to undergo a court-ordered mental evaluation. Dr. Lisa Hope of the Metropolitan Detention Center in Los Angeles, California, performed the evaluation. On January 22, 2008, the Court received Dr. Hope's report. On January 29, 2008, the Court then set a competency hearing for Friday, February 15, 2008 at 10:30 a.m. Due to conflicts with Dr. Hope's schedule, the Court rescheduled the hearing for March 4, 2008.

2. On Friday, February 29, 2008, the United States spoke with Dr. Hope and learned that on Thursday, February 28, 2008, her mother had been diagnosed with a brain tumor. On Thursday night, Dr. Hope flew to Oregon to care for her mother during her mother's surgery, which is scheduled for March 3-4, 2008.

3. As a result, the United States discussed this matter with I.M. "Mike" Winter, attorney for the defendant. Mr. Winter indicated that he did not oppose a motion to continue this matter and would join the United States in this Motion. The parties have reviewed their respective schedules and conferred with Dr. Hope. The parties are available anytime on March 18-19, and 24-26, 2008, or in the afternoon of March 17, 20-21, and 27-28, 2008.

Respectfully submitted this 3rd day of March, 2008.

      LEURA G. CANARY
      UNITED STATES ATTORNEY

      /s/ Christopher Snyder
      CHRISTOPHER A. SNYDER
      Assistant United States Attorney
      131 Clayton Street
      Montgomery, AL 36104
      Phone: (334)223-7280
      Fax: (334)223-7135
      E-mail: christopher.a.snyder@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: I.M. "Mike" Winter.

      /s/ Christopher Snyder
      CHRISTOPHER A. SNYDER
      Assistant United States Attorney