IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA     )
                             )
     v.                      )          CR. NO. 2:06-cr-103-WKW
                             )
ANGELA D. ARMSTRONG          )

## ORDER

For good cause shown, it is ORDERED that the United States's Unopposed Motion to Continue Competency Hearing (Doc. # 40) is GRANTED.  The competency hearing is continued from March 4, 2008**, to March 19, 2008 at 10:00 a.m.**, in courtroom 2-E of the United States Courthouse, One Church Street, Montgomery, Alabama.

DONE this 3rd day of March, 2008.

_____/s/  W.  Keith Watkins_____
UNITED STATES DISTRICT JUDGE