IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-103-WKW |
| | ) | |
| ANGELA D. ARMSTRONG | ) | |

## **ORDER**

For good cause shown, it is ORDERED:

1. Defendant's Motion for Hearing (Doc. # 14) is DENIED as MOOT;

2. Defendant's Second Motion for Court-Ordered Mental Examination (Doc. # 33) is DENIED;

3. Defendant's Second Motion to Employ Psychologist at Government Expense (Doc. # 34) is DENIED;

4. Defendant's *Ex Parte* Motion for an Independent Mental Examination (Doc. # 39) is DENIED;

5. Counsel for the parties are DIRECTED to communicate with this court only in writing through appropriate filings.

DONE this 6th day of March, 2008.

                                          /s/ W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE