**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **CR. NO. 2:06-CR-103-WKW** |
| v.   ) | |
| ) | |
| **ANGELA D. ARMSTRONG** ) | |
| ) | |

**United States's Unopposed Motion to Continue Competency Hearing**

The United States respectfully requests the Court to continue Defendant Angela D. Armstrong's competency hearing in this case, currently scheduled for Wednesday, March 19, 2008, at 10:00 p.m.  It requests this relief for the following reasons:

1.   On April 5, 2006, Defendant Angela Armstrong was indicted on one count of theft of Hurricane Ivan FEMA funds.  On October 17, 2007, the Court ordered–with the Armstrong's consent–to undergo a court-ordered mental evaluation.  Dr. Lisa Hope of the Metropolitan Detention Center in Los Angeles, California, performed the evaluation.  On January 22, 2008, the Court received Dr. Hope's report.  On January 29, 2008, the Court then set a competency hearing for Friday, February 15, 2008, at 10:30 a.m.  Due to conflicts with Dr. Hope's schedule, the Court rescheduled the hearing for March 4, 2008.

2.   On or about Thursday, February 28, 2008, Dr. Hope learned her mother had been diagnosed with a brain tumor.  That evening, she flew to Oregon to care for her mother during her mother's surgery, which took place on or about March 3-4, 2008.  The surgery, however, was unsuccessful, and the day after surgery, Dr. Hope's mother past away.  A

funeral was held on Wednesday, March 12, 2008. In order to prepare her mother's affairs and attend to other personal matters, Dr. Hope is on leave until March 24, 2008.

    3.    As a result, the United States discussed this matter with I.M. "Mike" Winter, attorney for the defendant. Mr. Winter indicated that he did not oppose a motion to continue this matter and would join the United States in this Motion. The parties have reviewed their respective schedules and conferred with Dr. Hope's supervisor, Dr. Ralph Ihle. The parties are available on the afternoon of April 11, 2008, for the hearing in this matter.

Respectfully submitted this 17th day of March, 2008.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/ Christopher Snyder
        CHRISTOPHER A. SNYDER
        Assistant United States Attorney
        131 Clayton Street
        Montgomery, AL 36104
        Phone: (334)223-7280
        Fax: (334)223-7135
        E-mail: christopher.a.snyder@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: I.M. "Mike" Winter.

        /s/ Christopher Snyder
        CHRISTOPHER A. SNYDER
        Assistant United States Attorney