# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

UNITED STATES OF AMERICA

v.     Case Number: 2:06-cr-103-WKW

ANGELA D. ARMSTRONG

## RENEWED MOTION TO EMPLOY PSYCHOLOGIST AT GOVERNMENT EXPENSE

**COMES NOW** Defendant Angela Armstrong, by and through her undersigned counsel, petitioning this Honorable Court -- pursuant to Rule 12.2(c) of the Federal Rules of Criminal Procedure -- to issue a CJA 21 authorization in order to enable Defendant to employ Dr. David Ghostly. Dr. Ghostly is a qualified and experienced clinical and forensic psychologist. Dr. Ghostly's professional reputation is both excellent and well-known. His business address is 103 West Southport; Dothan, Alabama 36301. His telephone number is (334)669-1620. Defendant declares the following:

1. The United States has accurately adjudged Defendant Angela Armstrong to be indigent, with no access to the necessary funds with which to employ a psychologist.

2. On well-founded information and belief, undersigned counsel doubts Defendant Armstrong's competence to adequately participate in her own defense.

3. Defendant Armstrong's instant motion for this relief is premised on the grounds already stated in Defendant's motion for this mental evaluation.

4. Undersigned counsel has conferred with individuals experienced in this situation, who have recommended Dr. Ghostley. Defendant would seek to have Dr. Ghostly interview Defendant, review her relevant medical and other records,

conduct an examination of Defendant, produce a report analyzing Defendant's mental status, and be available to testify if this matter should proceed to trial.

**WHEREFORE,** Defendant Angela Armstrong prays this Honorable Court to issue an Order **GRANTING** the employment of Dr. David Ghostley in the case of <u>United States v. Angela Armstrong</u>.

RESPECTFULLY SUBMITTED THIS 3rd DAY OF APRIL, 2008

/s/ I.M. (Mike) Winter, Jr.\_\_\_
**I.M. (Mike) Winter, Jr.** (WIN036)
Attorney For Ms. Angela D. Armstrong

Suite 300-A, 300 Water Street
Montgomery, Alabama 36104
(334)263-5787
MikeWinter@WinterLegal.net

This document was created using Solid Converter PDF. To remove this message, purchase the product at www.SolidPDF.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served this motion, by electronic mail, upon Mr. Christopher Snyder, Esquire, Assistant United States Attorney, for the United States of America.

DONE THIS 3rd DAY OF APRIL, 2008

/s/ I.M. (Mike) Winter, Jr._____
**I.M. (Mike) Winter, Jr.** (WIN036)
Attorney For Ms. Angela D. Armstrong

This document was created using Solid Converter PDF. To remove this message, purchase the product at www.SolidPDF.com