IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 2:06-cr-103-WKW |
| | ) | |
| ANGELA D. ARMSTRONG | ) | |

**O R D E R**

Now pending before the court is the defendant's third motion for a psychiatric exam (doc. # 45), second motion to pay psychologist for mental evaluation (doc. # 46) and first motion to grant subpoena duces tecum (doc. # 47). Upon consideration of the motions, and for good cause, it is

**ORDERED** that the motions be and are hereby **DENIED**.

Done this 4th day of April, 2008.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE