**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
Clerk

TELEPHONE:
334 954-3600

April 4, 2008

## *NOTICE OF DEFICIENCY*

TO:         Attorney I. Morris Winter, Jr.

FROM:       Sheila Carnes
            Deputy Clerk

SUBJECT:    United States v Angela D. Armstrong; Cr No. 2:06cr103-WKW
            Documents 45, 46, 47, and 48 filed on April 4, 2008

Please contact this office as soon as possible regarding the following document deficiencies:

1)  Documents 45 - 48:
Electronic access is not available to all users on documents 45-48. Please contact Karlene Burkhard regarding the PDF software used to format these documents.

2)  Document 48:
The event code used to e-filed document 48 does not agree with the actual PDF attached to the entry. A motion code was used rather than a brief code. The Court has directed this office to terminate the motion and to correct the docket entry accordingly. Also, because this document is not styled correctly, please contact me to make arrangement to substitute the PDF.

3)  Document 45:
The motion for miscellaneous relief code is a generic code that should be used only to e-file those motions that do not have specific motion relief types listed under the motion category. When the specific motion code is used, the record is clearer and the motion appears correctly on the Judges' pending motions report. There is a specific code to be used when requesting a psychiatric examination.

If you have questions regarding e-filing procedures, please contact me at 954-3972 or call our help desk at 954-3935.