IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                  Case Number: 2:06-
                                    cr-103-WKW-CSC

ANGELA ARMSTRONG

**MOTION TO RECONSIDER MOTION IN FORMA
PAUPERIS FOR A SUBPOENA DUCES TECUM**

**COMES NOW** Defendant Angela Armstrong, by and through her undersigned counsel, pursuant to Rules 17(a) and/or 17(b) of the Federal Rules of Criminal Procedure, respectfully petitions this Honorable Court to **ORDER** the issuance of a Subpoena Duces Tecum upon

Custodian of Records
Metropolitan Detention Center
535 North Alameda Street
Los Angeles, California  90012
(213)485-0439

Said witness shall produce the following to Defendant Angela Armstrong's undersigned counsel:

1.    Records documenting Dr. Lisa Hope's educational background, along with any advanced degrees, honors,

memberships in professional organizations, and published articles, whether or not peer-reviewed.

2. Records documenting Dr. Hope's places of internship and/or employment as a student or as a psychologist, and the length of such employment.

3. Records documenting Dr. Hope's average monthly caseload at the Metropolitan Detention Center in Los Angeles, California (hereafter MDC) prior to January 1, 2007; from January 1, 2007-October 1, 2007, and from October 1, 2007-February 1, 2008.

4. Records documenting Dr. Hope's average monthly output of psychological evaluations prior to January 1, 2007, from January 1, 2007-October 1, 2007, and from October 1, 2007-February 1, 2008.

5. Records documenting the percentage of her evaluations that determined her patients to be not competent during each of the three time periods specified above.

6. Records documenting the percentage of her evaluations that determined her patients to be completely competent during each of the three time periods specified above.

7. Records documenting the percentage of her evaluations that determined her patients to be partially incompetent/competent during each of the three time periods specified above.

8. Records documenting any and all promotions/demotions and salary increases/decreases, along with all performance reviews, during her employment at any and all facilities at which she has been employed in an internship or psychologist capacity.

9. Records documenting the number of times that Dr. Hope's competency conclusions have been challenged in a judicial proceeding.

10. Records documenting the percentages of times that that Court of competent jurisdiction has found her conclusions to be incorrect, partially incorrect, or completely correct.

11. Records documenting the number of times that the United States has challenged her evaluations, and the Court of competent jurisdiction's finding.

12. Records documenting the number of times that a criminal defendant has challenged her evaluations, and the Court of competent jurisdiction's finding.

13. Records documenting the number of times that Dr. Hope has examined a patient from the Middle District of Alabama, her conclusion(s), whether that evaluation was challenged, and the consequence of such challenge.

14. Records documenting any instance(s) in which Dr. Hope has been called as a witness, in any capacity, to testify to the mental status of a non-patient.

15. Records documenting the number of times that Dr. Hope has not completed, withdrawn from, or been directed to withdraw from, the evaluation of a patient.

16. Records documenting the average length, in pages, of Dr. Hope's evaluations, during each of the three time periods specified above.

17. Records documenting the number, and the percentage, of patients that Dr. Hope has evaluated in each of the three time periods specified above -- who were on psychotropic medications during part or all of her evaluation period

Said subpoena duces tecum shall require the party or parties named above to deliver these records to the office of Defendant Angela Armstrong's undersigned counsel. Counsel's address is Suite 300-A; 300 Water Street; Montgomery, Alabama 36104. Counsel's telephone number is (334)263-5787. Counsel's electronic mail address is MikeWinter@WinterLegal.net.

In support thereof, Counsel declares:

1. This Court has determined Defendant Armstrong to be indigent.

2. Pursuant to its authority under the Criminal Justice Act, this Court appointed undersigned Counsel to represent Defendant.

3. Counsel incorporates by reference the premises named in items 1-25 in counsel's Motion for an Independent Forensic Psychological Evaluation.

4. Counsel further incorporates by reference counsel's Revised Memorandum of Applicable Legal Precedents.

5. Counsel files this Motion as a successor motion to Counsel's Motion to Grant a Subpoena Duces Tecum, which this Court denied on April 4, 2008.

6. By filing this Motion, counsel petitions this Court to reconsider its prior denial of this relief. Consistent with Crawford v. Washington, 541 U.S. 36, 124 S.Ct. 1354 (2004), counsel requires this information to Constitutionally and adequately cross-examine Dr. Lisa Hope. Dr. Hope has authored the forensic evaluation that is the foundation of the government's position that Defendant Armstrong is completely legally competent.

7. Counsel requests that this Court direct the United States Marshall's Office to serve this subpoena.

8. Counsel notes that counsel has not opposed three consecutive motions for continuances by the United States Attorney's Office.

**WHEREFORE** Defendant Angela Armstrong respectfully petitions this Honorable Court to **ORDER** the issuance of the attached subpoena duces tecum upon the aforementioned party, at the expense of the United States. Defendant further petitions this Court to **ORDER** the Metropolitan Detention Center to provide counsel with these records at least one day prior to Defendant's competency hearing.

RESPECTFULLY SUBMITTED THIS 7th DAY OF APRIL, 2008

_____
I.M. (Mike) Winter, Jr. (WIN036)
Attorney For Ms. Angela D. Armstrong

Suite 300-A, 300 Water Street
Montgomery, Alabama  36104
(334)263-5787
MikeWinter@WinterLegal.net

**CERTIFICATE OF SERVICE**

I hereby certify that I have served this motion, by in-hand delivery, upon Mr. Christopher Snyder, Esquire, Assistant United States Attorney, for the United States of America.

DONE THIS 7th DAY OF APRIL, 2008

_____
**I.M. (Mike) Winter, Jr.**   (WIN036)
Attorney For Ms. Angela Armstrong