**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

UNITED STATES OF AMERICA            <>
                                    <>
     v.                             <>   Case Number: 2:06-
                                    <>   cr-103-WKW-CSC
                                    <>
ANGELA ARMSTRONG                    <>

**MOTION TO RECONSIDER APPLICATION FOR
FUNDS FOR AN INDEPENDENT FORENSIC
PSYCHOLOGICAL EVALUATION**

**COMES NOW** Defendant Angela Armstrong, by and through her undersigned counsel, petitioning this Honorable Court to provide adequate funds for an independent forensic psychological evaluation, pursuant to 18 U.S.C. §3006(a)(e)(1) of the Criminal Justice Act. Consistent with Crawford v. Washington, 541 U.S. 36, 124 S.Ct. 1354 (2004), counsel requires an independent forensic psychological evaluation to Constitutionally and adequately cross-examine Dr. Lisa Hope. Dr. Hope has authored the forensic evaluation that is the foundation of the government's position that Defendant Armstrong is completely legally competent. Defendant declares:

1. This Court has correctly determined Defendant Angela Armstrong to be indigent.

2. Consequently, this Court has appointed undersigned counsel to represent her, as authorized by the Criminal Justice Act of the United States Code.

3. Defendant has previously entered a plea of not guilty.

4. This Court has scheduled a Competency Hearing for Defendant Armstrong for April 11, 2008.

5. Counsel, on behalf of Defendant, incorporates by reference items 1-24 in counsel's Motion for an Independent Forensic Psychological Evaluation.

6. Counsel emphasizes that Dr. David Ghostley is a Board-certified professional, with an impeccable reputation. He has been appointed in his professional capacity on several occasions by the District Courts for the Middle District of Alabama. He has regularly testified, and had his evaluations accepted by, the Courts of this jurisdiction.

7. Counsel has discussed Defendant Armstrong, her background, and her plight with Dr. Ghostley. Dr. Ghostley has already reviewed, without compensation, the report of Dr. Lisa Hope, who interviewed Defendant when Defendant was incarcerated at the Metropolitan Detention Center in Los Angeles, California.

8. Dr. Ghostley, having identified several flaws in Dr. Hope's report, believes that the totality of circumstances

in this case suggest that the interests of justice would be served if he were appointed to interview Defendant, to familiarize himself with her personal history, and to testify if necessary.

9. Counsel files this Motion as a successor motion to Counsel's Second Motion to Pay Psychologist, which this Court denied on April 4, 2008.

10. By filing this Motion, counsel petitions this Court to reconsider its prior denial.

**WHEREFORE**, Defendant Angela Armstrong prays this Honorable Court, pursuant to the authority granted to it by 18 U.S.C. §3006(a)(e), to **ORDER** the United States to compensate Dr. David Ghostley for his psychological services in an amount that is fair and reasonable for the expertise and the time contemplated in this matter.

RESPECTFULLY SUBMITTED THIS 7th DAY OF APRIL, 2008

_____
**I.M. (Mike) Winter, Jr.**   (WIN036)
Attorney For Ms. Angela Armstrong

Suite 300-A, 300 Water Street
Montgomery, Alabama  36104
(334)263-5787
MikeWinter@WinterLegal.net

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served this motion, by in-hand delivery, upon Mr. Christopher Snyder, Esquire, Assistant United States Attorney, for the United States of America.

DONE THIS 7th DAY OF APRIL, 2008

_____
**I.M. (Mike) Winter, Jr.**   (WIN036)
Attorney For Ms. Angela Armstrong