IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06-CR-00103-WKW |
| | ) | |
| ANGELA D. ARMSTRONG | ) | |

**ORDER**

Upon consideration of the motions to reconsider (doc. # 51, 52 and 53) filed by the defendant, it is

ORDERED that the motions be and are hereby DENIED. The defendant is advised that pursuant to 28 U.S.C. § 636(b)(1)(A), the defendant may seek review of the denial of her motions from the District Judge by demonstrating that the decisions are clearly erroneous or contrary to law.

Done this 8th day of April, 2008.

　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE