IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-103-WKW |
| | ) | |
| ANGELA D. ARMSTRONG | ) | |

## **ORDER**

The court construes the defendant as having made an oral motion for new counsel in open court on April 11, 2008, and the same having been considered and deemed well taken, it is ORDERED that the court appoints CJA Panel Attorney Russell Duraski, Esq., as counsel for the defendant, and I.M. (Mike) Winter, Esq., is discharged as counsel for the defendant.

DONE this 15th day of April, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE