## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | Case No. 2:06-CR-103-WKW |
| | ) | |
| **ANGELA D. ARMSTRONG** | ) | |

### ORDER

Based upon this court's order setting the trial in the above-styled case for August 18, 2008, and for good cause, it is

**ORDERED** that a final pretrial conference be and is hereby set for **July 7, 2008 at 1:00 p.m. in courtroom 4B**, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

That all applicable deadlines contained in the prior arraignment order are adjusted accordingly, provided, however that the deadline for the filing of pretrial, dispositive motions is not extended.

Done this 21st day of April, 2008.

                                          /s/Charles S. Coody  
                                        CHARLES S. COODY  
                                        CHIEF UNITED STATES MAGISTRATE JUDGE