IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2008 APR 24  A 8: 34

| | | |
|---|---|---|
| **United States of America** | * | |
| | * | |
| v. | * | Case No. 2:06-cr-103-WKW |
| | * | |
| **Angela D. Armstrong** | * | |

## NOTICE OF INTENT TO CHANGE PLEA

Comes now the Defendant in the above-styled matter and files this her NOTICE OF INTENT TO CHANGE PLEA and shows as follows:

1. The Defendant, by and through counsel, has entered into plea negotiations with the U.S. Attorney's Office and has reached a plea agreement.

2. The Defendant is prepared to change her plea to a plea of guilty in this matter and consents to said plea being entered before a Magistrate Judge.

3. The undersigned counsel respectfully requests that the Court consider his calendar set forth below when setting the date and time for the change of plea.

   a. Counsel is <u>available</u> any of the following times:

   i. Monday April 28, 2008, all day.

      ii. Tuesday April 29, 2008, afternoon.

      iii. Wednesday April 30. 2008, afternoon.

      iv. Counsel will be in court in Birmingham on Thursday.

      v. Friday May 2, 2008, afternoon.

      vi. Monday May 5, Wednesday May 7 and Thursday May 8, all day.

Respectfully submitted this 24th day of April, 2008.

/s/ Russell T. Duraski
Russell T. Duraski  (DUR007)
Attorney for Defendant
6332 Woodmere Blvd.
Montgomery, Alabama  36117
Telephone:  (334) 260-9733
FAX:  (334) 260-9735

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the Assistant United States Attorney shown below by placing a copy of same in the United States mail, postage prepaid, and properly addressed.

Done this 24th day of April, 2008.

*(signature)*
Russell T. Duraski (DUR007)
Attorney for Defendant

Chris Snyder, Esq.
Assistant U.S. Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197