# UNITED STATES DISTRICT COURT

## MIDDLE District of ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>ANGELA D. ARMSTRONG | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No.    2:06cr103-001-WKW<br>            (WO)<br>USM No.   10027-091<br><br>_____Aylia McKee_____<br>Defendant's Attorney |

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)   __1-11 of the Amended Petition__   filed 4/28/2010 of the term of supervision.

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to refrain from committing another federal, state or local crime | 3/9/2009 |
| 2 | Failure to refrain from committing another federal, state or local crime | 4/28/2009 |
| 3 | Failure to refrain from committing another federal, state or local crime | 4/28/2009 |
| 4 | Failure to refrain from committing another federal, state or local crime | 3/10/2009 |
| 5 | Failure to refrain from committing another federal, state or local crime | 3/10/2009 |
| 6 | Failure to refrain from committing another federal, state or local crime | 3/10/2009 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 4086

Defendant's Year of Birth:   1979

City and State of Defendant's Residence:
Prattville, AL

June 9, 2010
Date of Imposition of Judgment

_(signature)_
Signature of Judge

W. KEITH WATKINS, U. S. DISTRICT JUDGE
Name and Title of Judge

6.10.10
Date

AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
           Sheet 1A

Judgment—Page  2  of  3

DEFENDANT:     ANGELA D. ARMSTRONG
CASE NUMBER:   2:06cr103-001-WKW

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 7 | Failure to file monthly supervision reports | 5/5/2009 |
| 8 | Failure to notify probation of address change | 4/8/2009 |
| 9 | Failure to refrain from committing another federal, state or local crime | 1/13/2010 |
| 10 | Failure to refrain from committing another federal, state or local crime | 1/13/2010 |
| 11 | Failure to refrain from committing another federal, state or local crime | 1/13/2010 |

AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

| | |
|---|---|
| DEFENDANT: ANGELA D. ARMSTRONG | Judgment — Page 3 of 3 |
| CASE NUMBER: 2:06cr103-001-WKW | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

13 Months. The term of supervised release imposed on July 22, 2008 is REVOKED.

X   The court makes the following recommendations to the Bureau of Prisons:

   The Court recommends that defendant be designated to a facility close to Mariana, Florida

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

   ☐   at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐   before 2 p.m. on _____ .

   ☐   as notified by the United States Marshal.

   ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL